# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| NEODRON LTD., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | Case No. 6:20-cv-00115-ADA |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Neodron Ltd., ("Plaintiff") and Amazon.com, Inc., ("Defendant") announced to the Court that they have resolved Plaintiff's claims for relief against Defendant asserted in this case. Plaintiff and Defendant have therefore requested that the Court dismiss this case with prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendant are dismissed with prejudice, and the case be closed. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Dated: January 20, 2021

ALAN D ALBRIGHT
United States District Judge